# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-3992

———————

| | |
|---|---|
| Hoangson D. Tran, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Minnesota Department of | * |
| Transportation, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

———————

Submitted: January 4, 2008
Filed: January 11, 2008

———————

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

———————

PER CURIAM.

Hoangson Tran appeals the district court's[1] adverse grant of summary judgment in his Title VII discrimination and retaliation action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Tran, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

———————

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.